1  DEBRA W. YANG
   United States Attorney
2  EDWARD M. ROBBINS, JR.
   Assistant United States Attorney
3  Chief, Tax Division
   RICHARD G. STACK (SBN 139302)
4  Assistant United States Attorney
     Room 7211, Federal Building
5    300 North Los Angeles Street
     Los Angeles, California 90012
6  Telephone: (213) 894-2455
   Facsimile: (213) 894-0115
-7
   Attorneys for Plaintiff, the
8  United States of America

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT

MAR - 9 2004

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

9
10          UNITED STATES DISTRICT COURT
11          CENTRAL DISTRICT OF CALIFORNIA
12              WESTERN DIVISION
13
   UNITED STATES OF AMERICA        )  Case No. CV 03-4813-R(PLAx)
14                                  )
               Plaintiff,          )
15                                 )  **JUDGMENT BETWEEN**
       vs.                         )  **PLAINTIFF UNITED STATES OF**
16                                 )  **AMERICA AND DEFENDANT**
   JO-ANN ASIRU, an individual;    )  **WELLS FARGO HOME**
17 DOLAPO ASIRU, an individual; LOS)  **MORTGAGE, INC. RE: PRIORITY**
   ANGELES COUNTY TREASURER        )  **OF LIENS**
18 AND TAX COLLECTOR, a county     )
   official; WELLS FARGO HOME      )
19 MORTGAGE INC., a California      )
   Corporation; STATE OF           )
20 CALIFORNIA, FRANCHISE TAX       )
   BOARD, a state agency; and NCO  )
21 FINANCIAL SYSTEMS, a California  )
   corporation,                    )
22                                 )
               Defendants.         )
23 _____ )

DOCKETED ON CM

MAR 10 2004

BY _____ 012

24          Having reviewed and considered the Stipulation and Order Re: Priority of
25 Liens and for Entry of Judgment between plaintiff, the United States of America
26 ("United States"), and defendant Wells Fargo Home Mortgage, Inc. ("Wells Fargo"),
27 only, and based on the order for entry of judgment,
28
                                1

It is hereby **ORDERED, ADJUDGED and DECREED** as follows:

1.     On <u>July 7, 2003</u>, the United States commenced this action by filing a pleading entitled, "Complaint to: (1) Reduce Tax Assessments to Judgment; and (2) Foreclose Federal Tax Liens on Certain Real Property" ("Complaint"), naming as defendants Jo-Ann Asiru and Dolapo Asiru (collectively, "the taxpayers" or "the Asirus") and numerous third parties who may have liens upon or claim an interest in the real property presently owned by the Asirus, located at 26611 Goldenrod Place, Calabasas, California 91302 ("subject real property").  In the Complaint, the United States seeks to reduce to judgment income tax assessments that the Internal Revenue Service ("IRS" or "Service") made against the Asirus for the calendar years 1990 through 1994, and 1996, and to foreclose the Federal income tax liens for those years against the subject real property.

2.     The Asirus have incurred joint liabilities for unpaid assessed Federal income taxes for the calendar years 1990, 1991, 1992, 1993, 1994, and 1996 ("subject tax liabilities").  The notices of Federal tax liens that the IRS has filed (and refiled) against the Asirus regarding the subject tax liabilities are described more fully in paragraphs 7 though 11, below, of this Judgment.

3.     The subject real property is more particularly described as:

> Lot 3 of Tract 45321, in the City of Calabasas, County of Los Angeles, State of California, as per Map recorded in Book 1121, pages 53 through 55 inclusive of Maps, in the office of the county recorder of said county and as referenced by a Certificate of Correction recorded January 30, 1989 as instrument no. 89-156150, Official Records.

4.     Jo-Ann Asiru acquired title to the subject real property, as "a married woman as her sole and separate property," pursuant to the Corporation Grant Deed executed on or about October 18, 1991 and recorded with the Los Angeles County Recorder on <u>October 22, 1991</u>, as instrument no. 91-1663227.  On that same date, a Grant Deed that defendant Dolapo Asiru had executed on or about September 24,

2

1   1991, to establish the subject real property as the sole and separate property of his

2   spouse Jo-Ann Asiru, was recorded with the Los Angeles County Recorder, as

3   instrument no. 91-1663228.

4       5.   Defendant Jo-Ann Asiru has owned the subject real property, as her

5   separate property, continuously from on or about October 22, 1991 to the present.

6       6.   This Court obtained jurisdiction over defendant Wells Fargo in the

7   following manner. On August 14, 2003, at about 9:00 a.m., an IRS employee named

8   Bernie Lactin effected substituted service upon defendant Wells Fargo by handing a

9   copy of the summons and Complaint to Melissa Cassel of Corporation Service Co.,

10  d/b/a CSC - Lawyers Incorporating Service, located at 2730 Gateway Oaks Drive,

11  Suite 100, Sacramento, CA 95833, the Registered Agent for service of process of

12  defendant Wells Fargo.

13      7.   On November 30, 1993, the IRS filed a Notice of Federal Tax Lien Under

14  Internal Revenue Laws against the taxpayers in the total amount of $41,938.72 with

15  the Los Angeles County Recorder's Office, as instrument no. 93-2331069, with

16  respect to its assessment of an unpaid Federal income tax liability for the calendar

17  year 1990. A true and correct copy of such Notice of Federal Tax Lien Under Internal

18  Revenue Laws is attached hereto as Exhibit A.

19      8.   On June 6, 1994, the IRS filed a Notice of Federal Tax Lien Under

20  Internal Revenue Laws against the taxpayers in the total amount of $14,940.08 with

21  the Los Angeles County Recorder's Office, as instrument no. 94-1083387, with

22  respect to its assessments of unpaid Federal income tax liabilities for the calendar

23  years 1991 and 1992. A true and correct copy of such Notice of Federal Tax Lien

24  Under Internal Revenue Laws is attached hereto as Exhibit B.

25      9.   On July 30, 2002, the IRS filed a Notice of Federal Tax Lien Under

26  Internal Revenue Laws against the taxpayers in the total amount of $12,187.07 with

27  the Los Angeles County Recorder's Office, as instrument no. 02-1781944, with

28  respect to its assessments of unpaid Federal income tax liabilities for the calendar

1   years 1993, 1994, and 1996.  A true and correct copy of such Notice of Federal Tax

2   Lien Under Internal Revenue Laws is attached hereto as Exhibit C.

3       10.   On August 4, 2003, the IRS timely refiled the Notice of Federal Tax Lien

4   Under Internal Revenue Laws described in paragraph 7, above, of this Judgment,

5   against the taxpayers with the Los Angeles County Recorder's Office, as instrument

6   no. 03-2240237.  A true and correct copy of that refiled Notice of Federal Tax Lien

7   is attached hereto as Exhibit D.

8       11.   On August 4, 2003, the IRS timely refiled the Notice of Federal Tax Lien

9   Under Internal Revenue Laws described in paragraph 8, above, of this Judgment,

10   against the taxpayers with the Los Angeles County Recorder's Office, as instrument

11   nos. 03-2240245 and 03-2240246.  True and correct copies of those refiled Notices

12   of Federal Tax Lien are attached hereto as Exhibits E and F.

13       12.   Pursuant to 26 U.S.C. §§ 6321 and 6322, the Federal tax liens identified

14   in paragraphs 7, 8, and 9, above, of this Judgment, and the refiled Federal tax liens

15   identified in paragraphs 10 and 11, above, of this Judgment, attached to the entire

16   interest of defendant Jo-Ann Asiru in the subject real property, when the liens arose

17   against the taxpayers, and the tax liens have continued, to the present and without

18   interruption, to attach to that property.

19       13.   Defendant Wells Fargo holds a beneficial interest, as assignee, of a Deed

20   of Trust issued by defendant Jo-Ann Asiru in the original principal amount of

21   $273,750.00 recorded against the subject real property on October 22, 1991 in favor

22   of Cambridge Capital Group, d/b/a Western Columbia Mortgage, with the Los

23   Angeles County Recorder, as instrument no. 91-1663229.  The unpaid principal

24   balance of the Deed of Trust was $233,636.04 as of February 29, 2004, plus interest

25   thereon from March 1, 2004 at the rate of $57.72 per day and late payment charges

26   thereon of $132.16 per month, if applicable, plus any advances made by Wells Fargo

27   pursuant to the Note and Deed of Trust.  That mortgage lien attaches to the entire

28   ownership interest of defendant Jo-Ann Asiru in the subject real property.  Attached

hereto as <u>Exhibit G</u> are true and correct copies of the Deed of Trust in which Wells Fargo holds a beneficial interest and the documents which effected the assignment of that Deed of Trust to Wells Fargo.

14.    Pursuant to 26 U.S.C. § 6323(a), the mortgage lien of Wells Fargo, described in paragraph 13, above, of this Judgment, is entitled to priority over the Federal tax liens identified in paragraphs 7, 8, and 9, above, of this Judgment, and the refiled Federal tax liens identified in paragraphs 10 and 11, above, of this Judgment, as to the subject real property.  Thus, the Deed of Trust of Wells Fargo is **senior** to all Federal tax liens that the IRS has filed against the taxpayers with respect to the subject real property.

15.    There remains no further dispute in this case between the United States and Wells Fargo.

16.    That Judgment be entered between the United States and Wells Fargo, only.

17.    Each party to this Stipulated Judgment shall bear its own costs and attorneys' fees incurred in connection with this case.

**IT IS SO ORDERED**.

Dated: **March 9, 2004**

_____

**MANUEL L. REAL**
United States District Judge

5

1 | Presented By:

2 | DEBRA W. YANG
United States Attorney
3 | EDWARD M. ROBBINS, JR.
Assistant United States Attorney
4 | Chief, Tax Division

5 |

6 | **RICHARD G. STACK**
Assistant United States Attorney

7 |

8 | Attorneys for Plaintiff, the
United States of America

9 |

10 |

11 |

**GLENN H. WECHSLER**, Esquire
12 | Law Offices of Glenn H. Wechsler

13 | Attorney for Defendant,
Wells Fargo Home Mortgage, Inc.

6

Presented By:

DEBRA W. YANG
United States Attorney
EDWARD M. ROBBINS, JR.
Assistant United States Attorney
Chief, Tax Division

RICHARD G. STACK
Assistant United States Attorney

Attorneys for Plaintiff, the
United States of America

GLENN H. WECHSLER, Esquire
Law Offices of Glenn H. Wechsler

Attorney for Defendant,
Wells Fargo Home Mortgage, Inc.

6

**ATTACHMENT**

-7-

Form 666 (Y)
(Rev. January 1991)

25

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien Under Internal Revenue Laws

| District | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| Los Angeles, CA | 959333112 | 93 2331069 |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, notice is given that taxes (including interest and penalties) have been assessed against the following-named taxpayer. Demand for payment of this liability has been made, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  DOLAPO & JO-ANN ASIRU

Residence  421 N RODEO DR 1539
BEVERLY HILLS, CA  90210-4500

IMPORTANT RELEASE INFORMATION: With respect to each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/90 | 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 | 07/19/93 | 08/18/03 | 41938.72 |

RECORDED IN OFFICIAL RECORDS
RECORDER'S OFFICE
LOS ANGELES COUNTY
CALIFORNIA   Fee $5.00
4 MIN. PAST 8 A.M. NOV 30 1993

| Place of Filing | | |
|---|---|---|
| COUNTY RECORDER LOS ANGELES COUNTY LOS ANGELES, CA 90053-0115 | Total $ | 41938.72 |

This notice was prepared and signed at  Los Angeles, CA  , on this,

the  19th  day of  November  93 .

| Signature | | Title |
|---|---|---|
| R. Green  ACS | | Chief SCCB 95-01-0000 |

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax lien.
Rev. Rul. 71-466, 1971-2 C.B. 409.)

Part 1 - Kept By Recording Office

Form 666 (Y) (Rev. 1-91)

# EXHIBIT A

-8-

SCANNED

This is a true and certified copy of the record
if it bears the seal, imprinted in purple ink,
of the Registrar-Recorder/County Clerk

JAN 27 2003

 REGISTRAR-RECORDER/COUNTY CLERK
LOS ANGELES COUNTY, CALIFORNIA

- 9 -

| Form 668 (Y)<br>(Rev. October 1993) | 152 | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** | |
|---|---|---|---|

| District | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| Los Angeles, CA | 959412668 | **94 1083387** |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer: DOLAPO & JO-ANN ASIRU

Residence: 421 N RODEO DR 1539
BEVERLY HILLS, CA 90210-4500

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period Ended<br>(b) | Identifying Number<br>(c) | Date of Assessment<br>(d) | Last Day for Refiling<br>(e) | Unpaid Balance of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/91 | 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 | 12/06/93 | 01/05/04 | 7859.49 |
| 1040 | 12/31/92 | 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 | 12/20/93 | 01/19/04 | 7080.59 |

RECORDED/FILED IN OFFICIAL RECORDS
RECORDER'S OFFICE
LOS ANGELES COUNTY
CALIFORNIA     Fee $7.00
MIN 4 PAST 8 A.M. JUN 6 1994

| Place of Filing | | |
|---|---|---|
| COUNTY RECORDER<br>LOS ANGELES COUNTY<br>LOS ANGELES, CA 90053-0115 | Total $ | 14940.08 |

This notice was prepared and signed at ____Los Angeles, CA____, on this,

the ___23rd___ day of ___May___, 19 _94_.

| Signature | Title | Revenue Officer<br>95-01-2607 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax lien.
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office     Form 668 (Y) (Rev. 10-93)



EXHIBIT __B__

SCANNED

This is a true and certified copy of the record
if it bears the seal, imprinted in purple ink,
of the Registrar-Recorder/County Clerk

JAN 27 2003

REGISTRAR-RECORDER/COUNTY CLERK
LOS ANGELES COUNTY, CALIFORNIA





L E A D   S H E E T

02-1781944

RECORDED/FILED IN OFFICIAL RECORDS
RECORDER'S OFFICE
LOS ANGELES COUNTY
CALIFORNIA
3:01 PM  JUL 30 2002

SPACE ABOVE THIS LINE FOR RECORDERS USE



# TITLE(S)

FEE                                                       D.T.T.

FREE    HH

CODE
20
CODE
19
CODE
9___

Assessor's Identification Number (AIN)
To Be Completed By Examiner OR Title Company In Black Ink      Number of Parcels Shown

EXHIBIT _C_



THIS FORM IS NOT TO BE DUPLICATED

337

**Form 668 (Y)(c)**
(Rev. October 2000)

Department of the Treasury - Internal Revenue Service
## Notice of Federal Tax Lien

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #14<br>Lien Unit Phone: (213) 576-4002 | Serial Number<br><br>950259687 | For Optional Use by Recording Office:<br>**02-1781944** |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer DOLAPO & JO-ANN ASIRU

Residence     26611 GOLDENROD PLACE
              CALABASAS, CA 91302

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1993 | 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 | 07/23/2001 | 08/22/2011 | 2923.71 |
| 1040 | 12/31/1994 | 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 | 04/29/2002 | 05/29/2012 | 559.89 |
| 1040 | 12/31/1996 | 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 | 04/29/2002 | 05/29/2012 | 8703.47 |

| Place of Filing | | |
|---|---|---|
| COUNTY RECORDER<br>LOS ANGELES COUNTY<br>NORWALK, CA., CA 90650 | Total | $   12187.07 |

This notice was prepared and signed at _____ LOS ANGELES, CA _____ , on this,

the __18th__ day of __July__ , __2002__.

| Signature<br>for F. STEVENS | Title<br>REVENUE OFFICER<br>(818) 265-2329 | 36-05-3612 |
|---|---|---|

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**Part 1 - Kept By Recording Office**

Form **668(Y)(c)** (Rev. 10-00)
CAT. NO 60025X



SCANNED

This is a true and certified copy of the record
if it bears the seal, imprinted in purple ink,
of the Registrar-Recorder/County Clerk

JAN 27 2003

REGISTRAR-RECORDER/COUNTY CLERK
LOS ANGELES COUNTY, CALIFORNIA

**This page is part of your document - DO NOT DISCARD**

03 2240237

RECORDED/FILED IN OFFICIAL RECORDS
RECORDER'S OFFICE
LOS ANGELES COUNTY
CALIFORNIA

12:01PM AUG 04 2003

SCANNED

# TITLE(S) :





L E A D    S H E E T

**FEE**

**D.T.T**

FEE $7        N
DAF $2

**CODE**
 20

**CODE**
  19

**CODE**
9

**Assessor's Identification Number (AIN)**
**To be completed by Examiner OR Title Company in black ink.**

**Number of Parcels Shown**



EXHIBIT D

**THIS FORM NOT TO BE DUPLICATED**





-15-

Recording Requested By Internal Revenue Service. When recorded mail to:

INTERNAL REVENUE SERVICE
300 N Los Angeles St Mail Stop 5027
LOS ANGELES, CA 90012

# 03 2240237

36053612 *** REFILED NOTICE *** For Optional Use by Recording Office    *** REFILED NOTICE ***

| Form 668-F (Rev. October 2000) | 5957 REFILE | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** REFILE |
|---|---|---|

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #16 | Serial Number   Recorded: 11/30/1993   00:00 93-2331069 |
|---|---|
| Lien Unit Phone: (213) 576-4002 | 959333112 |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer DOLAPO & JO-ANN ASIRU

Residence        421 N RODEO DR 1539
                 BEVERLY HILLS, CA 90210-4500

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).
*** NOT APPLICABLE TO A REFILED NOTICE ***

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1990 | 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 | 07/19/1993 | N/A | 41938.72 |
| | | NOTICE OF FEDERAL TAX LIEN REFILING | | | |
| | Serial ID: 125286003   Notice Filed At: LOS ANGELES | | | | |
| | New Address: 26611 GLODENROD PLACE | | | | |
| | CALABASAS | CA 91302 | | | |
| | *L. Alvarado* Signature: for F STEVENS | | DATE: 07/22/2003 | | |
| | (818) 265-2329 | | Title: REVENUE OFFICER | | |

| Place of Filing | COUNTY RECORDER LOS ANGELES COUNTY NORWALK, CA 90650 | Total | $ | 41938.72 |
|---|---|---|---|---|

This notice was prepared and signed at _____ LOS ANGELES, CA _____ , on this, the ___19th___ day of ___November___ , 1993.

| Signature for G. Green   ACS | Title GROUP SECRETARY 95-01-9990 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971-2 C.B. 409)

Form 668-F (Rev. 10-00)
CAT NO 60025X

**This page is part of your document - DO NOT DISCARD**

03  2240245



RECORDED/FILED IN OFFICIAL RECORDS
RECORDER'S OFFICE
LOS ANGELES COUNTY
CALIFORNIA

12:01PM  AUG  04  2003

**TITLE(S) :**



L E A D   S H E E T

**FEE**

FEE $7   N
DAF $2

**D.T.T**

**CODE
20**

**CODE
19**

**CODE
9**

Assessor's Identification Number (AIN)
To be completed by Examiner OR Title Company in black ink.          **Number of Parcels Shown**

**EXHIBIT E**



**THIS FORM NOT TO BE DUPLICATED**

Recording Requested By Internal Revenue Service. When recorded mail to:

INTERNAL REVENUE SERVICE
300 N. Los Angeles St Mail Stop 5027
LOS ANGELES, CA 90012

**03-2240245**

SCANNED

36053612 *** REFILED NOTICE *** For Optional Use by Recording Office *** REFILED NOTICE ***

| Form 668-F (Rev. October 2000) | 5957 REFILE **Notice of Federal Tax Lien** REFILE | |
|---|---|---|
| Department of the Treasury - Internal Revenue Service | | |

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #16 | Serial Number 959412666 | Recorded: 06/06/1994  00:00  94-1083387 |
|---|---|---|
| Lien Unit Phone: (213) 576-4002 | | |

**As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

Name of Taxpayer DOLAPO & JO-ANN ASIRU

Residence        421 N RODEO DR 1539
                 BEVERLY HILLS, CA 90210-4500

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).
*** NOT APPLICABLE TO A REFILED NOTICE ***

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1991 | 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 | 12/06/1993 | N/A | 7859.49 |
| 1040 | 12/31/1992 | 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 | 12/20/1993 | N/A | 7080.59 |

NOTICE OF FEDERAL TAX LIEN REFILING

Serial ID: 125285203    Notice Filed At: LOS ANGELES

New Address: 26611 GOLDENROD PLACE
             CALABASAS                    CA   91302

Signature: for F. STEVENS                 DATE: 07/22/2003
           (818) 265-2329                 Title: REVENUE OFFICER

| Place of Filing | COUNTY RECORDER LOS ANGELES COUNTY NORWALK, CA 90650 | Total | $ | 14940.08 |
|---|---|---|---|---|

This notice was prepared and signed at _____ LOS ANGELES, CA _____ , on this, the ___23rd___ day of ___May___ , ___1994___ .

| Signature

for B. Dinsmore | Title
REVENUE OFFICER
95-01-9990 |
|---|---|

**This page is part of your document - DO NOT DISCARD**

SCANNED

# 03  2240246

RECORDED/FILED IN OFFICIAL RECORDS
RECORDER'S OFFICE
LOS ANGELES COUNTY
CALIFORNIA

12:01PM AUG  04  2003

**TITLE(S) :**



L E A D    S H E E T

**FEE**                                                   D.T.T

| FEE $7 | N |
|--------|---|
| DAF $2 |   |

**CODE**
20

**CODE**
19

**CODE**
9

**Assessor's Identification Number (AIN)**
**To be completed by Examiner OR Title Company in black ink.**          **Number of Parcels Shown**

# EXHIBIT E

**THIS FORM NOT TO BE DUPLICATED**




Recording Requested By Internal Revenue
Service. When recorded mail to:

INTERNAL REVENUE SERVICE
300 N Los Angeles St Mail Stop 5027
LOS ANGELES, CA  90012

# 03-2240246

SCANNED

36053612 *** REFILED NOTICE ***    For Optional Use by Recording Office     *** REFILED NOTICE ***

| Form 668-F<br>(Rev. October 2000) | 5957   REFILE | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien**    REFILE |
|---|---|---|

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #16<br>Lien Unit Phone: (213) 576-4002 | Serial Number   Recorded: 06/06/1994   00:00 94-1083387<br>          959412666 |
|---|---|

**As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

Name of Taxpayer DOLAPO & JO-ANN ASIRU

Residence       421 N RODEO DR 1539
                BEVERLY HILLS, CA 90210-4500

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).
*** NOT APPLICABLE TO A REFILED NOTICE ***

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1991 | 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 | 12/06/1993 | N/A | 7859.49 |
| 1040 | 12/31/1992 | 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 | 12/20/1993 | N/A | 7080.59 |

NOTICE OF FEDERAL TAX LIEN REFILING

Serial ID: 125285203   Notice Filed At: LOS ANGELES

New Address: 26611 GOLDENROD PLACE
            CALABASASILLS          CA   91302

*L. Alvarado*
Signature: for F STEVENS         DATE: 07/22/2003
         (818) 265-2329         Title: REVENUE OFFICER

| Place of Filing | COUNTY RECORDER<br>LOS ANGELES COUNTY<br>NORWALK, CA 90650 | Total $      14940.08 |
|---|---|---|

This notice was prepared and signed at      LOS ANGELES, CA             , on this,
the   23rd   day of   May  ,   1994.

| Signature<br><br>for B. Dinsmore | Title<br>REVENUE OFFICER<br>95-01-9990 |
|---|---|

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)                           Form 668-F (Rev. 10-00)



This is a true and certified copy of the record
if it bears the seal, imprinted in purple ink,
of the Registrar-Recorder/County Clerk

AUG 20 2003

REGISTRAR-RECORDER/COUNTY CLERK
LOS ANGELES COUNTY, CALIFORNIA



RECORDED AT THE REQUEST OF CONTINENTAL LAWYERS TITLE CO   91 1663229

WHEN RECORDED MAIL TO

WESTERN COLUMBIA MORTGAGE

25910 ACERO, SUITE 300

MISSION VIEJO, CA 92691

LOAN NO.: 8269-3

GC 009DX1 8C

RECORDED IN OFFICIAL RECORDS
OF LOS ANGELES COUNTY, CA

OCT 22 1991  AT 8 A.M.

Recorder's Office

[Space Above This Line For Recording Data]

## DEED OF TRUST

FEE $20   C

6

THIS DEED OF TRUST ("Security Instrument") is made on OCTOBER 11, 1991
The trustor is JO-ANN ASIRU, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY

("Borrower")

The trustee is STAN-SHAW CORPORATION, A CALIFORNIA CORPORATION

("Trustee").

The beneficiary is CAMBRIDGE CAPITAL GROUP, DBA WESTERN COLUMBIA MORTGAGE, A
CALIFORNIA CORPORATION
which is organized and existing under the laws of CALIFORNIA , and whose address is
25910 ACERO, SUITE 300, MISSION VIEJO, CALIFORNIA 92691 ("Lender").
Borrower owes Lender the principal sum of TWO HUNDRED SEVENTY-THREE THOUSAND SEVEN HUNDRED FIFTY
AND Dollars (U.S. $ 273,750.00 ). This debt is evidenced by Borrower's note dated the
same date as this Security Instrument ("Note"), which provides for monthly payments, with the full debt, if not paid earlier, due
and payable on NOVEMBER 1, 2021 . This Security Instrument secures to Lender: (a) the repayment of the debt
evidenced by the Note, with interest, and all renewals, extensions and modifications of the Note; (b) the payment of all other sums,
with interest, advanced under paragraph 7 to protect the security of this Security Instrument; and (c) the performance of Borrower's
covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower irrevocably grants and
conveys to Trustee, in trust, with power of sale, the following described property located in LOS ANGELES
County, California:

LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF

which has the address of 26611 GOLDENROD PLACE, CALABASAS AREA
[Street]   [City]
California 91302 ("Property Address").
[Zip Code]

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances,
and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security
Instrument. All of the foregoing is referred to in this Security Instrument as the "Property."

BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to grant
and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and
will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited
variations by jurisdiction to constitute a uniform security instrument covering real property.

CALIFORNIA - Single Family - FNMA/FHLMC UNIFORM INSTRUMENT

Form 3005  9/90

ICC 11388-1-91

Page 1 of 5



EXHIBIT G

6

SCANNED

Loan # 8269-3

EXHIBIT "A"



LOT 3 OF TRACT NO. 45321, IN THE UNINCORPORATED TERRITORY OF THE COUNTY OF
LOS ANGELES, STATE OF CALIFORNIA. AS PER MAP RECORDED IN BOOK 1121
PAGE(S) 53 THROUGH 55 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY
RECORDER OF SAID COUNTY AND AS REFERENCED BY A CERTIFICATE OF CORRECTION
RECORDED JANUARY 30, 1989 AS INSTRUMENT
NO. 89-156150, OFFICIAL RECORDS.



91 1663229

Trustee shall deliver to the purchaser Trustee's deed conveying the Property without any covenant or warranty, expressed or implied. The recitals in the Trustee's deed shall be prima facie evidence of the truth of the statements made therein. Trustee shall apply the proceeds of the sale in the following order: (a) to all expenses of the sale, including, but not limited to, reasonable Trustee's and attorneys' fees; (b) to all sums secured by this Security Instrument; and (c) any excess to the person or persons legally entitled to it.

**22. Reconveyance.** Upon payment of all sums secured by this Security Instrument, Lender shall request Trustee to reconvey the Property and shall surrender this Security Instrument and all notes evidencing debt secured by this Security Instrument to Trustee. Trustee shall reconvey the Property without warranty and without charge to the person or persons legally entitled to it Such person or persons shall pay any recordation costs.

**23. Substitute Trustee.** Lender, at its option, may from time to time appoint a successor trustee to any Trustee appointed hereunder by an instrument executed and acknowledged by Lender and recorded in the office of the Recorder of the county in which the Property is located. The instrument shall contain the name of the original Lender, Trustee and Borrower, the book and page where this Security Instrument is recorded and the name and address of the successor trustee. Without conveyance of the Property, the successor trustee shall succeed to all the title, powers and duties conferred upon the Trustee herein and by applicable law. This procedure for substitution of trustee shall govern to the exclusion of all other provisions for substitution.

**24. Request for Notices.** Borrower requests that copies of the notices of default and sale be sent to Borrower's address which is the Property Address.

**25. Statement of Obligation Fee.** Lender may collect a fee, not to exceed the maximum amount permitted by law for furnishing the statement of obligation is provided by Section 2943 of the Civil Code of California.

**26. Riders to this Security Instrument.** If one or more riders are executed by Borrower and recorded together with this Security Instrument, the covenants and agreements of each such rider shall be incorporated into and shall amend and supplement the covenants and agreements of this Security Instrument as if the rider(s) were a part of this Security Instrument.
[Check applicable box(es)]

| | | |
|---|---|---|
| ☐ Adjustable Rate Rider | ☐ Condominium Rider | ☐ 1-4 Family Rider |
| ☐ Graduated Payment Rider | ☐ Planned Unit Development Rider | ☐ Biweekly Payment Rider |
| ☐ Balloon Rider | ☐ Rate Improvement Rider | ☐ Second Home Rider |
| ☐ Other(s) [specify] | | |

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any rider(s) executed by Borrower and recorded with it.

Witnesses:

JO-ANN ASIRU

_____ (Seal)
                    -Borrower

_____ (Seal)
                    -Borrower

_____ (Seal)
                    -Borrower

_____ (Seal)
                    -Borrower

_____ (Seal)
                    -Borrower

_____ (Seal)
                    -Borrower

[Space Below This Line For Acknowledgement]

State of California   **LOS ANGELES**   County ss:
On this **16TH** day of **OCTOBER**   , **1991**   , before me, the undersigned, a Notary Public in and for said State, personally appeared

**JO-ANN ASIRU**

known to me, or proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) **IS** subscribed to the foregoing instrument and acknowledged that **SHE** executed the same.

Witness my hand and official seal.
(Reserved for official seal)

OFFICIAL NOTARY SEAL
CHARLOTTE M. STEPHENS
Notary Public — California
LOS ANGELES COUNTY
My Comm. Expires MAR 13, 1905

Signature

**CHARLOTTE M. STEPHENS**
Name (typed or printed)

My commission expires:   **3/13/95**

REQUEST FOR RECONVEYANCE

TO TRUSTEE:
The undersigned is the holder of the note or notes secured by this Deed of Trust. Said note or notes, together with all other indebtedness secured by this Deed of Trust, have been paid in full. You are hereby directed to cancel said note or notes and this Deed of Trust, which are delivered hereby, and to reconvey, without warranty, all the estate now held by you under this Deed of Trust to the person or persons legally entitled thereto.

Date _____

CALIFORNIA - Single Family - FNMA/FHLMC UNIFORM INSTRUMENT                    FORM 3005 9/90
ICC 11170-7 91                    Page 5 of 5

**91 1663229**

SCANNED

RECORDING REQUESTED BY
WESTERN COLUMBIA MORTGAGE
25910 ACERO, SUITE 300
MISSION VIEJO, CA 92691

AND WHEN RECORDED MAIL TO

Record and Return to:
**Capstead Mortgage Corporation**
2001 Bryan Tower, Suite 3300
Dallas TX 75201
Attention: Mary Maxwell

Title Order No. _____ Escrow No. _____

92- 52398

RECORDED IN OFFICIAL RECORDS
RECORDER'S OFFICE
LOS ANGELES COUNTY
CALIFORNIA
MIN. 4 PAST. 8 A.M. JAN 10 1992

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Corporation Assignment of Deed of Trust  4220 59088

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to
CAPSTEAD MORTGAGE CORPORATION

FEE $5 P

all beneficial interest under that certain Deed of Trust dated   OCTOBER 11, 1991
executed by  JO-ANN ASIRU, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY

to STAN-SHAW CORPORATION, A CALIFORNIA CORPORATION
and recorded as Instrument No. 91-1203229 on 10-22-91
, of Official Records in the County Recorder's office of   LOS ANGELES
California, describing land therein as:

,Trustor,
,Trustee,
in book
,page
County.

"AS DESCRIBED ON SAID RECORDED DEED OF TRUST REFERRED TO HEREIN"

TOGETHER with the note or notes therein described or referred to, the money due and to become due
thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

STATE OF CALIFORNIA
COUNTY OF           ORANGE                    ss.

On this   1ST           day of   NOVEMBER        19 91
before me, the undersigned, a Notary Public in and for said State,
personally appeared   C. MICHAEL ARUS

who executed the within instrument as   VICE
President, and

who executed the within instrument as
Secretary, personally known to me or proved to me on the basis of
satisfactory evidence to be the persons who executed the within
instrument on behalf of the corporation therein named, and
acknowledged to me that such corporation executed the within
instrument pursuant to its by-laws or a resolution of its board of
directors.

Signature _____
**J. SUZANNE REED**
Name (Typed or Printed)
Notary Public in and for said State

CAMBRIDGE CAPITAL GROUP, DBA
WESTERN COLUMBIA MORTGAGE
A CALIFORNIA CORPORATION

_____
C. MICHAEL ARUS, VICE PRESIDENT

RECORDED DOCUMENT

SCANNED

92- 444134

RECORDED IN OFFICIAL RECORDS
RECORDER'S OFFICE
LOS ANGELES COUNTY
CALIFORNIA
4   MIN.   8   A.M. MAR 18 1992
PAST.

FEE
$5
V

When Recorded, Mail to:
Capstead Mortgage Corporation
2001 Bryan Tower, Ste 3300
Dallas Tx 75201
Attn: Mary Maxwell

## ASSIGNMENT OF DEED OF TRUST OR MORTGAGE

State Of:    California                    Loan Number:        0090886845
County Of:   Los Angeles                   Issuer Loan Number:  420059088

Know all men by these presents, that Capstead Mortgage Corporation, assignor or grantor, 2001 Bryan Tower,
Suite 3300, Dallas Tx 75201, a corporation existing under the laws of the state of Maryland, for valuable
consideration, the receipt of which is hereby acknowledged, does hereby grant, bargain, assign and transfer to
grantee or assignee:      Texas Commerce Bank National Association,
                          as the Custodian or Trustee
                          600 Travis, Houston TX 77002
that certain promissory Note and Deed of Trust or Mortgage described as follows:

| | |
|---|---|
| Note and Deed of Trust or Mortgage dated: | October 11, 1991 |
| Amount. | $ 275,755.00 |
| Executed by: | Asiru, Jo-Ann |
| Clerks File or Instrument No: | 91-1663229 |
| Recorded Date: | 10/22/91 |
| Book and/or Vol. and Page: | |
| County and State: | Los Angeles County, California |
| Address: | 26611 W. Goldenrod Pl. |
| | Calabasas, California 91302 |
| Describing Land therein as follows: | As described on the Deed of Trust or Mortgage referred to herein. |

Together with the note therein described or referred to, the money due and to become due thereon with
interest and all rights accrued or to accrue under said Deed of Trust or Mortgage.

Dated: February 25, 1992                   Prepared by:

                                           _signature_
                                           Name: Mary Maxwell
                                           Authorized Officer
                                           Capstead Mortgage Corporation
                                           2001 Bryan Tower, Ste. 3300
                                           Dallas, Tx 75201

{ State of   TEXAS   }
{ County of  DALLAS  }

On this 21st Day of November, 1991, before me, the undersigned, a Notary
Public in and for said State, personally appeared Mary Maxwell, personally
known to me or proved to me on the basis of satisfactory evidence to be the
Authorized Officer of the Corporation that executed the within instrument,
on behalf of the Corporation therein named, and acknowledged to me that
such Corporation executed the within instrument pursuant to its bylaws or
a resolution of its Board of Directors. Witness my hand and official seal.

_signature_
Terri W. Barker            Notary Public

TERRI W. BARKER
Notary Public  State of Texas
My Commission Expires 12 22 1994



7495 New Horizon Way
Frederick, MD 21703



SCANNED

March 10, 2003

Internal Revenue Service
Attn: F. Stevens
225 W. Broadway Suite 300
Glendale, CA 91204

RE: Summons for JoAnn Asiru

Dear F. Stevens:

Listed below is the information that was requested in your summons for our loan file (#0019840560) for Ms. Asiru.

| Question | Response |
|---|---|
| Original amount of obligation (mortgage) | $273,750 |
| Balance due on obligation (mortgage) | $238,786.21 principal balance |
| Amount of each payment | $2,202.66 principal & interest |
| Frequency | Monthly |
| Delinquent amount, if any | N/A |
| Name, title, address phone number of person responding to this summons | Cassie Baker, Subpoena Processor<br>Wells Fargo Home Mortgage, Inc.<br>7495 New Horizon Way<br>Frederick, MD 21703<br>Ph#301-696-7852 |

Please serve future subpoenas on Wells Fargo Home Mortgage's registered agent. The registered agent may be obtained by calling the Secretary of State in your state.

Sincerely,

Cassie Baker
Ph: 301-696-7852
Wells Fargo Home Mortgage, Inc.
Subpoena Processing Dept, X3902-01N
7495 New Horizon Way
Frederick, MD 21703

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action.  I am employed by the Office of the United States Attorney, Central District of California.  My business address is 300 North Los Angeles Street, Suite 7211, Los Angeles, California 90012.

On, <u>March 8, 2004</u>, I served

**JUDGMENT BETWEEN PLAINTIFF UNITED STATES OF AMERICA AND DEFENDANT WELLS FARGO HOME MORTGAGE, INC. RE: PRIORITY OF LIENS**

on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.  I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: <u>March 8, 2004</u>

Place of mailing: Los Angeles, California;

See Attached.

I declare under penalty of perjury under the laws of the United States of America that the foregoing if true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: <u>March 8, 2004</u>, Los Angeles, California.

GLORIA R. SANDOVAl

## SERVICE LIST

United States vs. Jo-Ann Asiru and Dolapo Asiru, et al.
Case No. CV 03-4813-R(PLAx) (U.S. Dist. Court, C.D. Cal.)

Moses O. Onyejekwe, Esquire
Law Office of Moses O. Onyejekwe,
A Professional Law Corporation
3255 Wilshire Blvd., Suite 1032
Los Angeles, CA 90010
Attorney for Defendants,
Jo-Ann Asiru and Dolapo Asiru

Jo-Ann Asiru
26611 Goldenrod Place
Calabasas, CA  91302
Defendant

Dolapo Asiru
26611 Goldenrod Place
Calabasas, CA  91302
Defendant

William C. Sias
Deputy County Counsel
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, CA 90012-2713
Attorneys for Defendant,
County of Los Angeles Treasurer and Tax Collector

Herbert A. Levin
Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Attorneys for Defendant,
State of California Franchise Tax Board

## SERVICE LIST (page 2)

United States vs. Jo-Ann Asiru and Dolapo Asiru, et al.
Case No. CV 03-4813-R(PLAx) (U.S. Dist. Court, C.D. Cal.)

Glenn H. Wechsler, Esquire
Law Offices of Glenn H. Wechsler
1390 South Main Street, Suite 308
Walnut Creek, CA 94596
Attorney for Defendant,
Wells Fargo Home Mortgage, Inc.

NCO Financial Systems, Inc.
10933 Trade Center Drive, Suite 100
Rancho Cordova, CA 95670
Attn: Legal Department, Frank Simmons, Esquire
Defendant

Courtesy Copies –

Donna F. Herbert, Esquire
Small Business/Self-Employed Division Counsel
Office of Chief Counsel, Internal Revenue Service
950 Hampshire Road
East Pavilion
Thousand Oaks, CA 91361

Robert S. Watkins, Chief
Civil Trial Section, Western Region
United States Department of Justice
Tax Division
555 4th Street N.W., Room 7907
Washington, D.C. 20001